JOHN A. PRADLICK *v.* STATE OF CONNECTICUT

The plaintiff's petition for certification for appeal from the Appellate Session of the Superior Court is denied.

*Alphonse DiBenedetto,* public defender, in support of the petition.

*Brian E. Cotter,* assistant prosecuting attorney, in opposition.

Submitted November 23—decided December 7, 1976

ANTHONY J. SPARACO *v.* LAEL D. TENNEY, EXECUTRIX

The plaintiff's motion for a review of the order of the trial court terminating a stay of execution in the appeal from the Superior Court in Middlesex County is granted and the relief sought therein is denied.

*Samuel H. Coxe,* in support of the motion.

*Roger Sullivan,* in opposition.

Submitted November 23—decided December 7, 1976

STATE OF CONNECTICUT *v.* JOSEPH-MARIO SPATES

The defendant's "Motion for Assignment of Counsel to Argue Appeal Bond (Excessiveness)" in the appeal from the Superior Court in Hartford County is dismissed.

The defendant's "Motion for Progress of Filed Motion for Review to State Supreme Court P.B. Sec. 693, 694" in the appeal from the Superior Court in Hartford County is dismissed.

*Joseph-Mario Spates,* pro se, in support of the motions.